■ In the Matter of HILLARY M. REVET, Appellant, v JUSTIN J. REVET, Respondent. [933 NYS2d 918]—

Peters, J.

On this appeal, petitioner challenges the dismissal of her petition to modify the provisions of a September 2, 2010 order granting respondent certain periods of weekly visitation with the parties' child (born in 1999). In light of our decision in a companion appeal vacating the weekly visitation schedule set forth in the September 2010 order (*Matter of Revet v Revet*, 90 AD3d 1175 [2011] [decided herewith]), the current appeal is now moot.

Mercure, A.P.J., Spain, Rose and Kavanagh, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.